UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIA RASMUSSEN, *et al.*,

    Plaintiffs,

    v.

SKAGIT COUNTY, *et al.*,

    Defendants.

CASE NO. C05-245C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Defendants' Joint Motion for Continuation of Trial Date (Dkt. No. 43), Plaintiffs' Response in Opposition thereto (Dkt. No. 47); and Defendants' Reply (Dkt. No. 50). The current trial date is May 22, 2006. Defendants seek a new trial date of February 6, 2007, an extension of almost ten months. Plaintiffs oppose the motion and, alternatively, request if the Court grants a continuance that it be no more than two months.

    After consideration of the papers submitted on the motion, the Court hereby GRANTS IN PART and DENIES IN PART Defendants' motion. The trial shall be continued approximately four (4) months, and the new trial date shall be September 25, 2006. The following amended pretrial/trial schedule shall

MINUTE ORDER – 1

be in effect:

- 39.1 mediation to be completed by June 8, 2006.

- Pretrial Order due by September 15, 2006.

- Trial briefs, voir dire, and jury instructions due by September 21, 2006.

- Trial begins September 25, 2006.

All other dates, including discovery deadlines, shall shift according to the new trial date and the Federal and Local Rules.

DATED this 21st day of December, 2005.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
    Deputy Clerk

MINUTE ORDER – 2