UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIA RASMUSSEN, *et al.*,

    Plaintiffs,

  v.

SKAGIT COUNTY, *et al.*,

    Defendants.

CASE NO. C05-245C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Defendants' Motion for Leave to Amend Answers (Dkt. No. 85). Plaintiffs do not oppose the motion. Their nonopposition may be construed as an admission that the motion has merit. Local Rules W.D. Wash. CR 7(b)(2). Accordingly, Defendants' motion is GRANTED. Defendants are DIRECTED to file their Amended Answers on this Court's electronic docket within 3 days of the date of this Minute Order.

    DATED this 6th day of December, 2006.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
    Deputy Clerk

MINUTE ORDER – 1