UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIA RASMUSSEN, *et al.*,

    Plaintiffs,

v.

SKAGIT COUNTY, *et al.*,

    Defendants.

CASE NO. C05-245C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to stay motions pending approval of minor settlement (Dkt. No. 104). In light of the parties' settlement of this matter, the Court hereby STRIKES Defendants' motions for summary judgment (Dkt. Nos. 88, 89, 92, 95, 97) subject to renoting at a later date. The parties are directed to notify the Court if such renoting becomes necessary.

DATED this 19th day of December, 2006.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
    Deputy Clerk

MINUTE ORDER – 1