UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIA RASMUSSEN, *et al.*,

    Plaintiffs,

  v.

SKAGIT COUNTY, *et al.*,

    Defendants.

CASE NO. C05-245C

ORDER TO SHOW CAUSE

    This matter comes before the Court on an inquiry from the news media received in chambers on April 5, 2007 communicating concern about the filing of various settlement documents UNDER SEAL in this matter, particularly because one Defendant is a public entity that potentially used public money in settlement. This Court granted leave on March 9, 2007 to file the following documents under seal: Next Friend Report; Petition for Approval of Settlement with Proposed Order; and Order Approving Settlement following the Court's approval. (Dkt. No. 110.) All parties are hereby ORDERED TO SHOW CAUSE why the Court should not UNSEAL these sealed documents given the public interest concerns raised by the news media. The responses shall be due no later than Friday, April 13, 2007.

    SO ORDERED this 6th day of April, 2007.

John C. Coughenour
United States District Judge

ORDER – 1